LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 14-01211-BRO (RZx) | Date | June 28, 2016 |
|---|---|---|---|
| Title | LING TIE v. PENG CHAN ET AL. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE JURISDICTION

On June 27, 2016, Plaintiff Ling Tie filed a Status Report of Settlement and Voluntary Dismissal indicating that most of the parties had voluntarily dismissed all cross-claims against one another. (Dkt. No. 158 at 2.) The only pending matter remaining before the Court is the Cross-Complaint of Defendant Peng Chan ("Chan") as it applies to Cross-Defendant Emile Auguste, Jr. ("Auguste"). (*Id.*) Defendant Chan is a resident of California (Dkt. No. 98 at 3 ¶ 7), as is Cross-Defendant Auguste (Dkt. No. 112 at 15 ¶ 5). Defendant Chan alleges only claims for negligence and conversion against Defendant Auguste—both state law claims. (*See* Dkt. No. 112 at 26.) Due to the lack of a federal question and a lack of diversity between the parties, the Court lacks jurisdiction under both 28 U.S.C. §§ 1331 and 1332. The Court may exercise supplemental jurisdiction over the remaining claims pursuant to 28 U.S.C. § 1367, but is not required to do so.

Accordingly, Defendant Chan is **ORDERED TO SHOW CAUSE** as to why the Court should exercise its supplemental jurisdiction power pursuant to 28 U.S.C. § 1367.

Plaintiff's Response to this Order must be filed no later than **July 1, 2016 at 4:00 p.m.** Defendant Chan is ORDERED to serve Cross-Defendant Auguste with this Order.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |