JS-6

Travis J. Tom (SBN 198711)
Antony Chen (SBN 245861)
**CHANG & COTÉ, LLP**
19138 Walnut Drive, Suite 100
Rowland Heights, CA 91748
Telephone: (626) 854-2112
Facsimile: (626) 854-2120
Email: ttom@changcote.com

Attorneys for Plaintiff,
LING TIE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LING TIE, an individual,<br><br>                Plaintiff,<br><br>        v.<br><br>PENG CHAN; MBLT INVESTMENTS, LLC; HARVINDER SANDHU; RON SANDHU AND DINESH SHARDA,<br><br>                Defendants.<br><br>―――――――――――――――<br>AND RELATED CROSS-CLAIMS. | CASE 5:14-cv-01211-BRO (RZx)<br><br>Honorable Beverly Reid O'Connell<br>Courtroom 14<br>ORDER ON<br>**REQUEST FOR VOLUNTARY DISMISSAL (FRCP 41(a)(2)); [PROPOSED] ORDER OF DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Settlement and Release between all appearing parties to the present action:

1.    The settlement as between parties LING TIE, MBLT INVESTMENTS, LLC, DINESH SHARDA, HARVINDER SANDHU, RON SANDHU,

1

1    and PENG CHAN called for payments over time with the final

2    payments scheduled for on or about September 5, 2016.

3    2.    These payments have been completed.

4    Therefore,

5    1.    Plaintiff, LING TIE, voluntarily dismisses the Complaint filed against

6    Defendants, MBLT INVESTMENTS, LLC, DINESH SHARDA,

7    HARVINDER SANDHU, RON SANDHU, and PENG CHAN in the

8    above-captioned action with prejudice.

9    2.    MBLT INVESTMENTS, LLC, DINESH SHARDA, HARVINDER

10    SANDHU, RON SANDHU, and PENG CHAN have voluntarily

11    dismissed all Cross-Claims against one another in the above-captioned

12    action with prejudice.

13    3.    PENG CHAN has voluntarily dismissed all Counter-Claims against

14    WELLS FARGO BANK, N.A. in the above-captioned action with

15    prejudice.

16    3.    The Cross-Complaint of PENG CHAN as it applies to Cross-

17    Defendant, EMILE AUGUSTE, JR. has been dismissed by order of

18    court (Docket #161).

19    4.    As a result, this matter is complete and final.

20

21    Dated: September 28, 2016                    CHANG & COTÉ

22                                                A Limited Liability Partnership

23
                                                By:    /s/ Travis J. Tom, Esq.
24                                                     Travis J. Tom
                                                       Attorneys for Plaintiff,
25                                                     LING TIE

26

27

28

2

**ORDER**

Upon consideration of the Request for Voluntary Dismissal (FRCP 41(a)(2)), and good cause appearing therefor,

It is HEREBY ORDERED that the entire action be dismissed with prejudice.


Dated:   September 28, 2016

Hon. Beverly Reid O'Connell
United States District Judge

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 28, 2016, the forgoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: September 28, 2016            CHANG & COTÉ
                                A Limited Liability Partnership

                                By:    /s/ Travis J. Tom, Esq.
                                     Travis J. Tom
                                     Attorneys for Plaintiff,
                                     LING TIE